IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 15-CV-228

KELLY DALEY,

Plaintiff(s),

v.

ALPINE UROLOGY, P.C., a Colorado professional corporation,

Defendant(s).

---

## RETURN OF SERVICE AFFIDAVIT

---

I, John Mohr declare under oath that I am over the age of eighteen, I am not a party to this case and that I served a copy of the Civil Summons, Civil Cover Sheet and Civil Complaint on ALPINE UROLOGY, P.C., a Colorado professional corporation, on 02/10/2015, at 12:47pm at 4743 Arapahoe Ave. Ste. 104 Boulder, CO 80303 in Boulder County, State of Colorado

☒ By leaving the documents with Annie Daugherty who is over the age of eighteen and designated to receive service as Secretary for the defendant's Agent for Service, James Clark at the normal place of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on 02/15/2015

_/s/ John Mohr_

Affiant-John Mohr-Process Server

11231 Marks Drive

Conifer, CO 80433