# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.**   15-cv-00228-CMA-MJW                     FTR - Courtroom A-502

**Date:**   April 07, 2015                                      Courtroom Deputy, Ellen E. Miller

|  *Parties* | *Counsel* |
|---|---|
| KELLY DALEY, | Sara A. Green |
|     Plaintiff(s), | |
| v. | |
| ALPINE UROLOGY, P.C., | Adam F. Aldrich |
| a Colorado professional corporation, | |
|     Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:    RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   9:34 a.m.
Court calls case.  Appearances of counsel.

Pursuant to D.C.COLO.LCivR 10.1 it is noted that the proper case number for this action is 15-cv-00228-CMA-MJW.  Counsel are directed to edit their records accordingly.

Defendant makes an Oral Motion to Withdraw its Motion to Dismiss [Docket No. 6, filed February 23, 2015], as it is superceded by the Renewed Motion to Dismiss [Docket No. 10, filed March 12, 2015] .  With no objections from Plaintiff,

**It is ORDERED:**        Defendant's ORAL MOTION TO WITHDRAW Motion to Dismiss [Docket No. 6] is **GRANTED** for reasons as set forth on the record, Defendant's MOTION TO DISMISS [Docket No. **6**, filed February 23, 2015] is **WITHDRAWN.**

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

Joinder of Parties/Amendment to Pleadings:   **Thirty days after a ruling on Defendant's Renewed Motion to Dismiss [Docket No. 10] or MAY 01, 2015, whichever occurs later.**

Discovery Cut-off:   **OCTOBER 05, 2015**

Dispositive Motions Deadline:   **OCTOBER 23, 2015**

Each side shall be limited to two (2) expert witnesses, without further leave of Court.
Parties shall designate experts **on or before JULY 31, 2015**
Parties shall designate Rule 26(a)(2) rebuttal experts **on or before SEPTEMBER 01, 2015**
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

Interrogatories, Requests for Production, and Requests for Admissions shall be served on or before **SEPTEMBER 03, 2015.**
Each side shall be limited to twenty-five (25) Interrogatories, twenty-five (25) Requests for Production, and twenty-five (25) Requests for Admissions, without leave of Court.

Each side shall be limited to seven (7) depositions, including experts. Each deposition shall be limited to one (1) day of a maximum of seven (7) hours, absent leave of Court. All depositions, fact and expert witnesses, shall be completed **no later than OCTOBER 05, 2015.**

**FINAL PRETRIAL CONFERENCE** set for    DECEMBER 18, 2015 at   9:30 a.m.
in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
The proposed final pretrial order shall be filed **on or before DECEMBER 11, 2015.**
In accordance with Fed.R.Civ.P. 16(e), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**TRIAL:**
The parties anticipate a four (4) day Trial to a Jury.
The Honorable Christine M. Arguello will set a Trial Preparation Conference and Trial at a future date.
● **Parties are directed to** www.cod.uscourts.gov **regarding Judicial Officers' Procedures and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.**

Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid current photo identification. See D.C.COLO.LCivR 83.2B. Failure to comply with this requirement may result in denial of entry to the courthouse.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made five (5) business days in advance of the date of appearance.

**[X]**   Scheduling Order is signed and entered with interlineations   **APRIL 07, 2015**

Hearing concluded.
**Court in recess:**   9:46 a.m.
Total in-court time: 00:12

To order a transcript of this proceedings, contact Avery Wood Reports   (303) 825-6119 or   Toll Free   1-800-962-3345.