IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00228-CMA-MJW

KELLY DALEY,

Plaintiff,

v.

ALPINE UROLOGY, P.C., a Colorado professional corporation,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 31) is GRANTED finding good cause shown.  The written Protective Order (docket no. 31-1) is APPROVED as amended in paragraph 10 and made an Order of Court.

Date: September 15, 2015