# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 15-cv-00228-CMA-MJW | FTR - Courtroom A-502 |
| **Date:** October 22, 2015 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| KELLY DALEY, | Sara A. Green |
| Plaintiff(s), | |
| v. | |
| ALPINE UROLOGY, P.C., a Colorado professional corporation, | Adam F. Aldrich |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **MOTIONS HEARING**
**Court in Session:**   2:27 p.m.
Court calls case. Appearances of counsel.

It is noted that the proper case number for this action is 1**5-cv-00228-CMA-MJW**. Counsel are directed to edit their records accordingly.

Plaintiff's Motion to Strike Defendant's Motion to Compel For Failure to Confer [Docket No. 42] is addressed by the Court.

**It is ORDERED:**   Plaintiff's MOTION TO STRIKE DEFENDANT'S MOTION TO COMPEL FOR FAILURE TO CONFER [Docket No. **42**, filed October 08, 2015] is **DENIED** for reasons as set forth on the record.

The Court raises Defendant's Motion to Compel [Docket No. 32, filed September 14, 2015] and Defendant's Motion to Compel Plaintiff's Response to Defendant's Discovery Requests [Docket No. 38, filed October 01, 2015] for argument.
Statements by counsel. Questions and statements by the Court.

**It is ORDERED:**   Defendant's MOTION TO COMPEL  [Docket No. **32**, filed September 14, 2015]   is **GRANTED** for reasons as set forth on the record.
**On or before OCTOBER 29, 2015,**   Plaintiff shall provide to Defendant the Credit Card number of the Wells Fargo account.

**It is ORDERED:**   Defendant's MOTION TO COMPEL PLAINTIFF'S RESPONSE TO

DEFENDANT'S DISCOVERY REQUESTS [Docket No. **38**, filed October 01, 2015] is **GRANTED IN PART and DENIED IN PART.**

The Motion is GRANTED as to Interrogatory 1, and Plaintiff shall provide a more complete response to Interrogatory 1 **on or before NOVEMBER 02, 2015.**
The Motion is DENIED as to Interrogatory 2, Interrogatory 3, Interrogatory 4 as these have been responded to fully.

All attorneys shall pay their own fees and costs as to these three motions.

Hearing concluded.

**Court in recess:**     2:48 p.m.
Total In-Court Time 00:21

To order a transcript of this proceedings, contact Stevens-Koenig Reporting (303) 988-8470