**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-00228-CMA-MJW

KELLLY DALEY,

    Plaintiff,

v.

ALPINE UROLOGY, P.C., a Colorado professional corporation,

    Defendant.

---

**FINAL JUDGMENT**

---

Pursuant to the Order Granting in Part Defendant's Motion for Summary Judgment, Denying Plaintiff's Motion for Summary Judgment, and Denying as Moot Plaintiff's Motion to Strike Order of Dismissal (Doc. #65) by Judge Christine M. Arguello entered on April 13, 2016, it is

ORDERED that judgment is entered in favor of Defendant on Plaintiff's FLSA claim.  It is

FURTHER ORDERED that Defendant shall have its costs by the filing of a Bill of

Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED: April 14, 2016

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ V. Barnes

V. Barnes
Deputy Clerk